UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN R. SINGLETON, III,**

      **Plaintiff,**

v.                                                             Case No. 6:24-cv-2243-CEM-RMN

**CITY OF DELTONA MUNICIPALITY; MARK GIBSON; LINDSEY LONGSTREET; and DANNY RON,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 12), recommending that the Motion be denied, the Complaint (Doc. 1) be dismissed without prejudice, and Plaintiff be given leave to amend.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and made a part of this Order.

2. The Motion (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before March 21, 2025**, Plaintiff may file an Amended Complaint that addresses the deficiencies outlined in the Report and Recommendation.

5. Also **on or before March 21, 2025**, Plaintiff may file a Renewed Motion to Proceed *In Forma Pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party