UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN R. SINGLETON, III,**

      **Plaintiff,**

v.   Case No. 6:24-cv-2243-CEM-RMN

**CITY OF DELTONA MUNICIPALITY, MARK GIBSON, LINDSEY LONGSTREET and DANNY RON,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Amended Motion to Proceed *In Forma Pauperis* (Doc. 16). The United States Magistrate Judge issued a Report and Recommendation (Doc. 17), recommending that the Motion be denied, (*id.* at 10).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Amended Motion to Proceed *In Forma Pauperis* (Doc. 16) is **DENIED**.

3. Plaintiff's Amended Complaint (Doc. 15) is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 23, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party